I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 8·20·14

DEPUTY CLERK

JS-6 Entered

FILED
CLERK, U.S. DISTRICT COURT

AUG 20 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH PATRICK HENSON, )<br><br>Petitioner, )<br><br>vs. )<br><br>DEPARTMENT OF CORRECTION, )<br><br>Respondent. ) | Case No. EDCV 14-1551-VAP (RNB)<br><br>**J U D G M E N T** |

In accordance with the Order Denying Petitioner's Motion to Amend Previous Habeas Petition and Summarily Dismissing New Habeas Petition for Lack of Subject Matter Jurisdiction filed herein,

IT IS HEREBY ADJUDGED that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED:   August 18, 2014

Virginia A. Phillips

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE